**FILED**

08/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0324

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0324

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

GUY L. PARKER,

      Defendant and Appellant.

_____

**GRANT**

_____

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 28, 2022, to prepare, file, and serve the Appellant's opening brief.

8-29-2022